THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE BOARD OF TRUSTEES FOR THE ALASKA CARPENTERS DEFINED CONTRIBUTION TRUST FUND,<br><br>Plaintiff,<br><br>vs.<br><br>PRINCIPAL LIFE INSURANCE CO., an Iowa Company,<br><br>Defendant. | Case No. 2:22-cv-01337-TL<br><br>STIPULATED MOTION AND ORDER FOR EXTENSION OF DEADLINE FOR DEFENDANT TO FILE ANSWER TO COMPLAINT<br><br>[PROPOSED]<br><br>NOTED OF MOTION CALENDAR:<br>October 27, 2022 |

**STIPULATED MOTION FOR EXTENSION OF TIME**

Plaintiff and Defendant, by and through their respective counsel, stipulate to the limited extension of the deadline for Defendant to file its Answer to the Complaint.

The parties have conferred in good faith and believe that the additional time is necessary because Defendant's local counsel has been recently retained and entered her Notice of Appearance, and Defendant's lead counsel needs to complete their *pro hoc vice* admittance to the Western District of Washington. The parties therefore request a limited extension as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Defendant's Answer to Complaint to be filed by | 10/28/2022 | 11/15/2022 |

The parties have consented to this postponement and hereby request the Court's approval of this stipulation and the entry of the Proposed Order being submitted concurrently herewith, or for an Order reflecting the same.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: October 27, 2022.  BARLOW COURGHRAN MORALES & JOSEPHSON, P.S.

By: /s/ Noelle E. Dwarzski
Noelle E. Dswarzki, WSBA #40041
Jeffrey G. Maxwell, WSBA #33503
1325 Fourth Avenue, Suite 910
Seattle, WA 98101
Phone: (206) 224-9900
Fax: (206) 224-9820
Emails: noelled@bcmjlaw.com; jeffreym@bcmjlaw.com

Attorneys for Plaintiff The Board of Trustees for the Alaska Carpenters Defined Contribution Trust Fund

DATED: October 27, 2022.  GORDON REES SCULLY MANSUKHANI, LLP

By: /s/ Sarah N. Turner
Sarah N. Turner, WSBA #37748
Michael C. Tracy, WSBA #51226
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Phone: (206) 695-5100
Fax: (206) 689-2822
E-Mails: sturner@grsm.com; mtracy@grsm.com

Attorneys for Defendant Principal Life Insurance Co.

///

///

# ORDER

The Court having considered this Stipulation of the parties, and having reviewed the records and files herein, and finding itself advised on the subject matter; NOW, THEREFORE,

It is hereby ORDERED that the deadline for Defendant to file its Answer to Plaintiff's Complaint, presently scheduled for October 28, 2022, shall be changed to November 15, 2022.

IT IS SO ORDERED.

Dated this 28th day of October 2022.

                                              Tana Lin
                                              United States District Judge