UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE BOARD OF TRUSTEES FOR THE ALASKA CARPENTERS DEFINED CONTRIBUTION TRUST FUND,<br><br>Plaintiff,<br><br>vs.<br><br>PRINCIPAL LIFE INSURANCE CO.,<br><br>Defendant. | NO. 2:22-cv-01337-JNW<br><br>**STIPULATED MOTION AND ORDER FOR EXTENSION OF DEADLINE FOR DEFENDANT TO FILE ANSWER TO PLAINTIFF'S COMPLAINT**<br><br>**NOTED FOR MOTION ON: NOVEMBER 16, 2023** |

**STIPULATED MOTION FOR EXTENSION OF TIME**

Defendant Principal Life Insurance Co. ("Defendant") and Plaintiff The Board of Trustees for the Alaska Carpenters Defined Contribution Trust Fund ("Plaintiff"), by and through their undersigned counsel, stipulate to a limited extension of time for Defendant to file its Answer to Plaintiff's Complaint.

On September 21, 2022, Plaintiff filed its Complaint. Dkt. 1. On November 15, 2022, Defendant filed its Motion to Dismiss. Dkt. 14. After the parties completed their briefing on

STIPULATED MOTION
TO EXTEND TIME - 1
2:22-cv-01337-JNW

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5115
Facsimile: (206) 689-2822

1  Defendant's Motion to Dismiss, the Court entered its order denying the motion on November 3,

2  2023. Dkt. 27. Accordingly, Defendant's Answer to Plaintiff's Complaint is currently due

3  November 17, 2023.

The parties have conferred in good faith and believe that an extension of two weeks is necessary given the complexity of Plaintiff's Complaint and allegations, Defendant's counsel's need to confirm Defendant's answers to the same with their client, and the upcoming Thanksgiving Holiday. The requested extension of time will not affect any other deadlines in this case.

Therefore, the Parties respectfully request that the Court extend the due date for Defendant to file its Answer to Plaintiff's Complaint from November 17, 2023 to December 1, 2023.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD on this 16th day of November, 2023.

Dated: November 22, 2023

GORDON REES SCULLY MANSUKHANI, LLP

By:  /s/ Sarah N. Turner
Sarah N. Turner, WSBA #37748
Michael C. Tracy, WSBA #51226
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Phone: (206) 695-5115
Fax: (206) 689-2822
sturner@grsm.com
mtracy@grsm.com
*Attorneys for Defendant Principal Life Insurance Co.*

STIPULATED MOTION
TO EXTEND TIME - 2
2:22-cv-01337-JNW

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5115
Facsimile: (206) 689-2822

Dated: November 22, 2023

GROOM LAW GROUP, CHARTERED

By: */s/ Samuel I. Levin*
Samuel I. Levin (admitted *pro hac vice*)
1701 Pennsylvania Ave., NW,
Suite 1200
Washington, DC 20006
Tel: (202) 857-0620
slevin@groom.com
*Attorneys for Defendant Principal Life Insurance Co.*

Dated: November 22, 2023

BARLOW COURGHAN MORALES & JOSEPHSON, P.S.

By: */s/ Noelle E. Dswarzki*
Noelle E. Dswarzki, WSBA #40041
Jeffrey G. Maxwell, WSBA #33503
1325 Fourth Avenue, Suite 910
Seattle, WA 98101
Phone: (206) 224-9900
Fax: (206) 224-9820
noelled@bcmjlaw.com
jeffreym@bcmjlaw.com
*Attorneys for Plaintiff The Board of Trustees for the Alaska Carpenters Defined Contribution Trust Fund*

STIPULATED MOTION
TO EXTEND TIME - 3
2:22-cv-01337-JNW

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5115
Facsimile: (206) 689-2822

## ORDER

Based on the foregoing stipulated motion of the parties, therefore, IT IS HEREBY ORDERED THAT the due date for the Defendant's Answer to Plaintiff's Complaint is extended from November 16, 2023 to December 1, 2023.

IT IS SO ORDERED.

DATED this 22nd day of November 2023.

_____
Jamal N. Whitehead
United States District Judge

STIPULATED MOTION
TO EXTEND TIME - 4
2:22-cv-01337-JNW

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5115
Facsimile: (206) 689-2822