THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| THE BOARD OF TRUSTEES FOR THE ALASKA CARPENTERS DEFINED CONTRIBUTION TRUST FUND,<br><br>Plaintiff,<br><br>v.<br><br>PRINCIPAL LIFE INSURANCE CO., an Iowa Company,<br><br>Defendant. | Case No. 2:22-cv-01337-JNW<br><br>ORDER ON STIPULATED MOTION TO STAY CASE DEADLINES PENDING MEDIATION<br><br>[PROPOSED] |

Pursuant to the stipulated motion filed herein, it is hereby

**ORDERED** that the deadlines set in the Court's Order Setting Bench Trial Date and Related Dates at Dkt. 25 are hereby stayed. <u>The parties must file a joint status report by March 29, 2024, including an update about the outcome of the March 21, 2024, mediation.</u> The Court will reset the deadlines as needed pending the mediation's outcome.

DATED this 14th day of March, 2024.

_____
Jamal N. Whitehead
United States District Judge

ORDER ON STIPULATED MOTION – 1
Cause No. 2:22-cv-01337-JNW

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVENUE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

4053 Transitio ha31k0016h

Presented by:

| | |
|---|---|
| /s/ Noelle E. Dwarzski<br>Noelle E. Dwarzski, WSBA No. 40041<br>BARLOW COUGHRAN<br>MORALES & JOSEPHSON, P.S.<br>1325 Fourth Avenue, Suite 910<br>Seattle, WA 98101<br>Telephone: (206) 224-9900<br>noelled@bcmjlaw.com<br>Attorneys for Plaintiff | /s/ Sarah N. Turner (with permission)<br>Sarah N. Turner, WSBA No. 37748<br>GORDON REES SCULLY<br>MANSUKHANI, LLP<br>701 Fifth Avenue, Suite 2100<br>Seattle, WA 98104<br>Telephone: (206) 695-5115<br>Email: sturner@grsm.com<br>Attorney for Defendant Principal Life<br>Insurance Co. |

ORDER ON STIPULATED MOTION – 2
Cause No. 2:22-cv-01337-JNW

4053 Transitio ha31k0016h