THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| THE BOARD OF TRUSTEES FOR THE ALASKA CARPENTERS DEFINED CONTRIBUTION TRUST FUND,<br><br>Plaintiff,<br><br>v.<br><br>PRINCIPAL LIFE INSURANCE CO., an Iowa Company,<br><br>Defendant. | Case No. 2:22-cv-01337-JNW<br><br>ORDER ON STIPULATED MOTION FOR VOLUNTARY DISMISSAL |

Pursuant to the stipulated motion filed herein, it is hereby

**ORDERED** that defendant Principal Life Insurance Co. and this action is dismissed with prejudice without fees or costs to any parties.

DATED this 22nd day of April, 2024.

_____
Jamal N. Whitehead
United States District Judge

ORDER ON STIPULATED MOTION – 1
Cause No. 2:22-cv-01337-JNW

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVENUE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

4053 Transitio hd18fk01nz

Presented by:

/s/ Noelle E. Dwarzski
Noelle E. Dwarzski, WSBA No. 40041
BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 Fourth Avenue, Suite 910
Seattle, WA 98101
Telephone: (206) 224-9900
noelled@bcmjlaw.com
Attorneys for Plaintiff

/s/
Sarah N. Turner, WSBA No. 37748
GORDON REES SCULLY
MANSUKHANI, LLP
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5115
Email: sturner@grsm.com
Attorney for Defendant Principal Life
Insurance Co.

ORDER ON STIPULATED MOTION – 2
Cause No. 2:22-cv-01337-JNW

4053 Transitio hd18fk01nz